ALDEN F. ABBOT
General Counsel

GREGORY J. MADDEN
DANIEL O. HANKS
Federal Trade Commission
600 Pennsylvania Ave NW, CC-10232
Washington, DC  20580
(202) 326-2426 / gmadden@ftc.gov
(202) 326-2472 / dhanks@ftc.gov
(202) 326-3768 (fax)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>BEAM FINANCIAL INC., and<br><br>YINAN DU,<br><br>    Defendants. | Case Number:  3:20-cv-08119-AGT<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the following attorney shall now appear on behalf of Plaintiff Federal Trade Commission in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Plaintiff Federal Trade Commission:

Daniel O. Hanks
Federal Trade Commission
600 Pennsylvania Ave NW, CC-10232
Washington, DC  20580
dhanks@ftc.gov
202-326-2472

Daniel O. Hanks is admitted to practice and in good standing in the District of Columbia.

Respectfully submitted,

Dated:  November 18, 2020          /s/ Daniel O. Hanks

Gregory J. Madden
Daniel O. Hanks

Federal Trade Commission
600 Pennsylvania Avenue NW, CC-10232
Washington, DC 20580
Telephone:  202-326-2426 (Madden); 202-326-2472 (Hanks)
Facsimile:  202-326-3768

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION